# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>JEFFREY ARENA,<br><br>    Defendant. | CASE NO.: 20CR2436-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Hearing set for October 23, 2020 at 1:30 p.m. is continued to December 4, 2020 at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date by October 23, 2020.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Thus, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO ORDERED**.

Dated: October 8, 2020

Hon. Janis L. Sammartino
United States District Judge